IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS MEDINA, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:19-CV-1085-WHA |
| | ) [WO] |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that final judgment is entered in favor of Respondent and against Petitioner and this action is dismissed without prejudice.

DONE this 6th day of April, 2020.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE